UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60140-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JARMAR JOHNSON,

    Defendant.
_____

## O R D E R

THIS CAUSE is before the Court on the defendant's pro se Motion for Return of Seized Property (DE 116), which was referred to United States Magistrate Judge Lurana S. Snow. On June 7, 2006, the defendant was convicted at trial of possessing a firearm as a convicted felon, and thereafter sentenced to a prison term of ten years. He now seeks the return of camera equipment, jewelry and other items seized from his home during the execution of a search warrant in May 2005.

In its response, the Government states that all of the items seized from the defendant's home, other than exhibits introduced at trial, have been turned over to the Miramar, Florida, Police Department, for use in a pending prosecution of the defendant for lewd and lascivious battery, Case No. 06-5176CF10A. The state charges arise from the same events which form the basis of the instant case. None of the property sought by the defendant is in the possession of the Government.

Since the Government does not possess the items the defendant seeks, it has nothing to return to the defendant. Moreover, the Government was not required to safeguard these items for the defendant when no timely motion for return of property was made by the defendant or his counsel. The defendant is free to seek return of his personal property from the Miramar, Florida Police Department. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is the defendant's pro se Motion for Return of Property (DE 116) is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 12th day of March, 2009.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Marc Osborne (MIA)

Mr. Jarmar Johnson
No. 65238-004
FCI - Ray Brook
PO Box 9004
Ray Brook, NY  12977